UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OSCAR MINAYA,

            Movant,

-v.-

UNITED STATES OF AMERICA,

            Respondent.

22 Civ. 6338 (KPF)

11 Cr. 755-5 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On September 26, 2022, Mr. Minaya, proceeding *pro se*, filed an amended motion to vacate his convictions pursuant to 28 U.S.C. § 2255. (11 Cr. 755-5 Dkt. #545; 22 Civ. 6338 Dkt. #4).  On December 28, 2022, the Government filed a memorandum of law in opposition to Mr. Minaya's motion. (11 Cr. 755-5 Dkt. #552; 22 Civ. 6338 Dkt. #13).  In reviewing the docket of this case, the Court realizes that it mistakenly deprived Mr. Minaya of the opportunity to file a reply to the Government's opposition.  Accordingly, Mr. Minaya is directed to file his reply, if any, on or before **September 30, 2024**.

The Clerk of Court is directed to docket this Order in both cases and to mail a copy of the Order to Mr. Minaya at his address of record.

SO ORDERED.

Dated:   August 12, 2024
           New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge