UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR MINAYA,<br><br>                       Movant,<br><br>              -v.-<br><br>UNITED STATES OF AMERICA,<br><br>                       Respondent. | 22 Civ. 6338 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    This matter having been resolved by the Court's Order Dated October 29, 2024, the Clerk of Court is directed to terminate any pending motions, adjourn any remaining dates, and close this case. The Clerk of Court is further directed to mail a copy of this Order to Mr. Minaya at his address of record.

    SO ORDERED.

Dated:  November 14, 2024
          New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge